ALEXANDER SPINGARN, Individually and as Trustee of ISRAEL SPINGARN et al., Appellants and Respondents, v. SPERING HOLDING CORPORATION et al., Respondents and Appellants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE CRETE MILLS, Respondent, v. MARIO RUSSO, Doing Business as ANCHOR FOOD PRODUCTS COMPANY et al., Defendants, and FRED COLIN, Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE CRETE MILLS, Respondent, v. MARIO RUSSO, Doing Business as ANCHOR FOOD PRODUCTS COMPANY et al., Defendants, and SAMUEL L. FORST, Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN G. DAIGER, Respondent, v. STANDARD OIL COMPANY OF NEW JERSEY, INC., Defendant, and McCANN-ERICKSON, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

SOL GALANTER, Plaintiff, v. HENRY PEARSON, Defendant. ALEXANDER P. STRAUSS, Appellant; MILTON S. MARKS, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DAVID J. BREEN, as Administrator of the Estate of HENRY BREEN, Deceased, et al., Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE NAUFUL CORPORATION, Appellant, v. F. G. ADAMS COMPANY, INC., Respondent.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reverse and reinstate the order setting aside the verdict and granting a new trial.